```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KARI L. RICCI
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916) 554-2810

 6

 7             IN THE UNITED DISTRICT COURT FOR THE

 8                  EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )  Mag. No. 07-76 EFB
                                 )
11          Plaintiff,           )  GOVERNMENT'S MOTION TO DISMISS
                                 )  WITH PREJUDICE AND ORDER
12       v.                      )
                                 )  DATE:      June 11, 2007
13  ERIC LEE HALASZ,             )  TIME:      10:00 a.m.
                                 )  JUDGE:     Hon. Edmund F. Brennan
14          Defendant.           )
                                 )
15  _____)

16       Pursuant to Rule 48(a) of the Federal Rules of Criminal
17  Procedure, plaintiff United States of America, by and through its
18  undersigned attorney, hereby moves this Honorable Court for an
19  Order Dismissing with Prejudice Mag. No. 07-76 EFB.
20  DATED: May ___, 2007              McGREGOR W. SCOTT
                                      United States Attorney
21
22                                By: /s/Matthew C. Stegman
                                      MATTHEW C. STEGMAN
23                                    Assistant U.S. Attorney

24                                  O R D E R

25  IT IS SO ORDERED:

26  DATED: June 1, 2007

27
                        [signature]
28                  _____
                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE
```